Larry LINVILLE; Myron Holland, Appellants,

v.

CONAGRA, INC., doing business as ConAgra Frozen Foods, Inc.; Jim Nesbitt, Appellees.

No. 04–2957.

United States Court of Appeals, Eighth Circuit.

Submitted: May 30, 2006.

Filed: June 26, 2006.

David Armstrong Hodges, Little Rock, AR, Mitch Cash, Marshall, AR, for Appellants.

Gordon Smeade Rather, Jr., Michelle Marie Kaemmerling, Wright & Lindsey, Little Rock, AR, Clayton E. Bailey, Baker & McKenzie, Dallas, TX, for Appellees.

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Larry Linville and Myron Holland (plaintiffs) appeal from the district court's [1] order compelling arbitration. They also appeal the dismissal of defendant Jim Nesbitt, which was certified as a final order pursuant to Fed.R.Civ.P. 54(b). We conclude that the district court properly compelled arbitration and properly dismissed plaintiffs' claims against Nesbitt for the reasons discussed by the court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.